

# IN THE
# TENTH COURT OF APPEALS

No. 10-15-00069-CV

**WILLIAM M. WINDSOR,**

Appellant

 v.

**KELLIE MCDOUGALD,**

Appellee

**From the 378th District Court
Ellis County, Texas
Trial Court No. 88611**

# O R D E R

Appellant's Request for Leave to Supplement Record filed on July 2, 2015 is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Request denied
Order issued and filed July 9, 2015

